

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

––––––––––––––––––

No. 08-25-00278-CV

––––––––––––––––––

Michelle Ares f/k/a Maria Ramirez, Appellant

v.

Aerotek, Inc., and Schneider Electric USA, Inc. d/b/a Schneider Electric, Appellees

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2019DCV3145

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 23rd day of December 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.